IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 02-D-240-WYD-MJW

---

SHARON K. ROBERTS-WEISNER and STEVEN WEISNER

       Plaintiffs,

  v.

WHITEHALL-ROBINS HEALTHCARE, a subsidiary of American Home Products Corporation; AMERICAN HOME PRODUCTS CORPORATION; and PERRIGO CO

       Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

     THE COURT, having reviewed the parties' Stipulation for Dismissal with Prejudice and being fully informed as to the issue, **Hereby Orders That**:

     Plaintiffs' claims and causes of action against the Defendants are hereby dismissed with prejudice, each arty to pay their own attorney's fees, costs and expenses.

Dated:  June 29, 2005

                                   BY THE COURT:

                                   s/ Wiley Y. Daniel
                                   Wiley Y. Daniel
                                   U. S. District Judge